Corey Holcombe 4 1063051 - EW
Docket Number: 1:14CR00118-6



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[x]   Transfer of Jurisdiction to the District of New Jersey APPROVED

[ ]   Transfer of Jurisdiction to the District of New Jersey DENIED

[ ]   Other

_____
_____
_____
_____

_____
DENISE COTE
United States District Judge

_____
November 24, 2020
Date

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:14CR00118-6 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Corey Holcombe | DISTRICT SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE Denise Cote |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 12/06/2019 — TO 12/05/2022 |

OFFENSE
CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN -in violation of 21 U.S.C. 846 and 841(b)(1)(C), a Class C Felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

November 24, 2020
*Date*

DENISE COTE
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                    *United States District Judge*